## EXHIBIT A
## AFFIDAVIT OF SPECIAL AGENT MATTHEW F. MADDEN

I, Matthew F. Madden, a Special Agent with the United States Drug Enforcement Administration ("DEA"), depose and state as follows:

1. I have been a DEA Special Agent since January 2012. In that capacity, I have worked numerous investigations regarding drug trafficking and money laundering, resulting in millions of dollars of seizures of United States currency and assets tied to drug crimes. I have been assigned to DEA Worcester since March 2023. From 2019 to 2023, I was assigned to the Logan Airport Task Force, where I investigated bulk cash smuggling and drug trafficking at Logan Airport. From 2017 to 2019, I was assigned to DEA Boston and, from 2012 to 2017, I was assigned to DEA Oakland and the DEA Training Academy. I hold undergraduate and graduate degrees in Criminal Justice from Westfield State University. In addition, I am an infantry officer in the United States Army.

2. I submit this affidavit in support of a Verified Complaint for Forfeiture *in Rem* against the following asset:

   a. $30,560 in United States currency seized from Jeffrey Budhoo on October 6, 2023, in Auburn, Massachusetts (the "Currency").

3. This affidavit does not contain all of the information known to me and other law enforcement officers regarding this investigation, but only those facts sufficient to establish probable cause for forfeiture of the Currency.

4. This affidavit is based on my personal involvement in the investigation, my review of evidence and reports, my training and experience, and my conversations with other law enforcement officers and witnesses.

5. As set forth in more detail below, I have probable cause to believe that the Currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) because it represents moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. §§ 841 and/or 846, proceeds traceable to such an exchange, and/or moneys, negotiable instruments, or securities used or intended to be used to facilitate such a violation.

## SEIZURE OF THE CURRENCY

6. On October 6, 2023, at approximately 7:30 p.m., Auburn Police Department Detective Matthew Alexandrovich observed a driver traveling approximately 50 miles per hour in a 40 mile per hour zone in a 2016 Nissan Altima. Det. Alexandrovich effected a traffic stop of the vehicle in the vicinity of Washington Street and Oxford Street, in Auburn, Massachusetts.

7. The driver of the Altima was Jeffrey Budhoo ("Budhoo"), who provided a New York driver's license to Det. Alexandrovich. There was one passenger in the vehicle. Budhoo stated to Det. Alexandrovich that the vehicle had Delaware dealer license plates but could not provide registration relating to the vehicle itself. Det. Alexandrovich called dispatch who confirmed that Budhoo's driver's license was suspended.

8. After learning that Budhoo's license was suspended, Det. Alexandrovich requested that Budhoo exit the vehicle. Budhoo's passenger exited the vehicle shortly thereafter and, upon request for identification, the passenger attempted to retrieve his identification from a fanny pack on the front seat. The identification was not located in the fanny pack, but Det. Alexandrovich observed a small scale along with an amount of what appeared to be marijuana.

9.      When Det. Alexandrovich attempted to check the vehicle identification number ("VIN"), he observed a piece of paper had been placed in front of the VIN, obscuring it from view.

10.     Because Budhoo's license was suspended, Det. Alexandrovich arranged for a tow truck to pick up the car. In preparation for towing, Det. Alexandrovich inventoried the vehicle. In conducting the inventory, Det. Alexandrovich opened the trunk of the vehicle and observed a vacuum sealer, a box of six rolls of clear vacuum seal bags, and empty black duffle bags. Based on my training and experience, the vacuum sealer and rolls of vacuum seal bags are used to seal marijuana which is then placed in the duffle bags for transport. The six rolls of vacuum seal bags and the large duffel bags suggest these items were going to be used to transport a large amount of marijuana. Photographs of these items are included as Attachment 1.

11.     Det. Alexandrovich then conducted a search of the back passenger area of the vehicle, where within a black backpack was a reusable tote bag containing the Currency wrapped in different color rubber bands in $5 and $20 bill increments. Det. Alexandrovich noted that the appearance of the Currency (dirty, damaged, creased, low denominations, and highly circulated) made it unlikely it was recently withdrawn from a financial institution. Photographs of the back passenger area of the vehicle and of the Currency are included as Attachment 2.

12.     Budhoo was arrested for unlicensed operation of a motor vehicle and was transported to the Auburn Police Department for booking.

13.     At the Auburn Police Department, Budhoo, having waived Miranda rights, was interviewed by Det. Alexandrovich and Auburn Police Department Detective Sergeant Daniel Lamoreaux. The interview was recorded.

14. Budhoo told both officers that the Nissan Altima was a company vehicle for Linden Truck and Auto and that he had been given permission by his boss to take the Altima to Maine to see a friend. Budhoo further stated that he checked earlier that day to ensure his driver's license was active and could not explain why it was suspended in New York.

15. Det. Alexandrovich asked Budhoo why a piece of paper was obscuring the VIN on the dash. Budhoo replied that it is common to place a receipt for parking meters on the dash in New York and it may have fallen over the VIN, though he could not confirm that it was a parking receipt in the vehicle. Det. Alexandrovich had previously attempted to retrieve the piece of paper from the windshield but was unable to do so, so could not verify if it was in fact a receipt or something else. Det. Alexandrovich has noted the practice of obscuring VINs in traffic stops involving vehicles rented from small, independent rental car companies and also noted that these companies will use dealer registration plates or manufactured temporary registrations to evade detection by law enforcement.

16. Budhoo told the officers that he was on his way to Maine for the weekend, but did not tell the officers the names of the people he was visiting or exactly where he was going. Budhoo stated he owns or is involved with "like four different restaurants" in New York, including "The Jerk Pit," "Labay Market," and another two unnamed restaurants, and was planning on making a deal with a distributor to purchase seafood using the Currency found in the vehicle. When Det. Alexandrovich asked Budhoo the name of the company and individual he was meeting with, Budhoo said he could not recall and would have to look up the name of individual with whom he would be making the cash deal. Budhoo also said the money had been given to him by his mother from her bank account but did not know how much money she had given him. Budhoo said he would call his mother to get the amount rather than allow Det. Sgt.

Lamoreaux to call. Budhoo refused to estimate the amount of the Currency and requested to end the interview.

17. Based on my own training and experience, a legitimate business person handling a large amount of currency for legitimate business purposes would have knowledge of a company, the individual, and exactly how much money he was handling. In my training and experience, it is a common practice for individuals involved in criminal activity to be given a general destination, as well as contact information for others involved, who they will contact upon arrival to get an exact location in order to protect the criminal enterprise from compromise.

18. At no point did the passenger claim the Currency as his own.

19. On October 24, 2023, I contacted Linden Truck and Auto and spoke to a person who identified himself as Pak Ki and the owner of Linden Truck and Auto. Ki stated that he purchased the Altima in 2020 from Manheim Auto in New Jersey. On the same day I called one of Manheim Auto's New Jersey locations and verified the sale had occurred.

20. Pak Ki also said he had given "Jeffy" permission to take the vehicle somewhere to be sold, which contradicted Budhoo's claim that he was given use of the vehicle to visit a friend.

21. On October 20, 2023, I conducted a search of Budhoo's telephone number utilizing federal indices, which revealed that Budhoo's phone number has had contact with cases being conducted by law enforcement in the United States and DEA abroad.

22. On October 23, 2023, I caused a subpoena to be served on T-Mobile for phone records associated with Budhoo's telephone number. A check of all phone numbers in contact with Budhoo's phone was then completed, resulting in multiple overlaps, including to the same drug trafficking organization as Budhoo's phone.

23.     My investigation also revealed that Budhoo has previously had property, including a vehicle and currency, seized and forfeited to the United States as part of a previous DEA investigation.

24.     On October 19, 2023, the DEA initiated administrative forfeiture proceeding on the Currency.

25.     On December 25, 2023, the DEA received a claim filed by Budhoo, seeking the return of the Currency.

26.     On December 29, 2023, the DEA received a claim from Adriana Jones, seeking the Currency.

## **CONCLUSION**

27.     Based on the foregoing, there is probable cause to believe that the Currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) because it represents moneys, negotiable instruments, securities or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. §§ 841 and/or 846, proceeds traceable to such an exchange, and/or moneys, negotiable instruments, or securities used or intended to be used to facilitate such a violation.

Signed under the penalties of perjury this 17th day of April, 2024.

MATTHEW MADDEN
Digitally signed by MATTHEW MADDEN
Date: 2024.04.17 11:07:50 -04'00'

Matthew F. Madden
Special Agent
Drug Enforcement Administration